UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BRAD MCKINNEY,<br><br>Petitioner,<br><br>vs.<br><br>FPC YANKTON, OFFICER C. WELLS, VISOR, CASE MANAGER KORTAN,<br><br>Respondents. | 4:23-CV-04188-ECS<br><br>JUDGMENT |

This Court previously granted Respondents' Motion for Summary Judgment and denied Petitioner's Writ of Habeas Corpus under 28 U.S.C. § 2241. Doc. 20. The Court gave Petitioner 30 days to file an amended pleading styled as a Bivens claim. Id. The Court instructed Petitioner that it would dismiss this action if it did not receive an amended pleading. To date, Petitioner has not filed an amended pleading. Therefore, it is

ORDERED, AD JUDGED, AND DECREED that judgment with prejudice is entered in favor of Respondents and against Petitioner, Brad McKinney, as it pertains to Petitioner's habeas corpus petition. As for any potential Bivens claim, judgment without prejudice is entered in favor of Respondents and against Petitioner, Brad McKinney.

DATED this 18th day of October, 2024.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE